■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA AARON, Appellant. [720 NYS2d 823] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered May 19, 1998, convicting her of murder in the second degree, robbery in the first degree, and criminal possession of stolen property in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80). O'Brien, J. P., Santucci, Luciano and Schmidt, JJ., concur.